**524**

*United States v. Barbosa,* 906 F.2d 1366, 1369 (9th Cir.1990).

 If, as is the case here, the obstruction of justice enhancement is based upon a finding of perjury, the district court must "address each element of the alleged perjury in a separate and clear finding." *United States v. Monzon–Valenzuela,* 186 F.3d 1181, 1184 (9th Cir.1999). The district court found that Morales's testimony was (1) false, (2) material, and (3) willful. *Morgan,* 238 F.3d at 1187 (setting forth the elements for perjury). These findings were clearly supported by the record. *See Monzon–Valenzuela,* 186 F.3d at 1184 (holding a court may make perfunctory findings so long as they are "clearly supported by the record"). Therefore, the district court's conclusion as to perjury was not clearly erroneous.

 Finally, Morales contends that an upward adjustment for obstruction of justice "would have a chilling effect on the right of an accused to testify in his or her own behalf." We, and the Supreme Court, have expressly rejected this argument because "a defendant's right to testify does not include a right to commit perjury." *United States v. Dunnigan,* 507 U.S. 87, 96, 113 S.Ct. 1111, 122 L.Ed.2d 445 (1993); *United States v. Rubio–Topete,* 999 F.2d 1334, 1340 (9th Cir.1993). The district court thus properly rejected Morales's constitutional argument.

AFFIRMED.

**Bonnie M. CARSEY, Plaintiff–Appellee,**

**v.**

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

**The TOWN OF WILKESON, a municipal corporation, Richard L. Sellers, Sr., in his individual capacity, Defendant–Appellants.**

**No. 99–35891.**

**D.C. No. CV–98–05463–RJB(RR).**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 8, 2001.

Decided June 21, 2001.

Before BROWNING, WALLACE, and T.G. NELSON, Circuit Judges.

ORDER*

We affirm for the reasons stated in the district court's order entered on August 17, 1999.

**Tyrone Fitzgerald THOMAS, Petitioner–Appellant,**

**v.**

**Robert L. WRIGHT, Respondent–Appellee.**

**No. 98–35384.**

**D.C. No. CV–97–05513–RJB.**

United States Court of Appeals, Ninth Circuit.

Submitted June 11, 2001.*

Decided June 21, 2001.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).